**Order filed November 3, 2022**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-22-00584-CV
_____

### In the Interest of K.L. and C.L.

___

**On Appeal from the 315th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2020-01646J**

___

## ORDER

On October 11, 2022, this court ordered appointed counsel, Daniella Gonzalez, to file a brief on or before October 20, 2022. No brief was filed. Accordingly, we issue the following order.

We ORDER the judge of the 315th District Court to immediately conduct a hearing to determine:

(1) the reason for the failure to file a brief;

(2) whether appellant desires to continue this appeal; and

(3) if appellant desires to continue the appeal, a date certain when appellant's brief will be filed.

The judge shall:

(1) appoint new appellate counsel for appellant if necessary;

(2) see that a record of the hearing is made;

(3) make findings of fact and conclusions of law; and

(4) order the trial clerk to forward a record of the hearing and a supplemental clerk's record containing the findings and conclusions.

The transcribed record of the hearing, and supplemental clerk's record shall be filed with the clerk of this court on or before **November 8, 2022**.

If the parties do not request a hearing, the court coordinator of the trial court shall set a hearing date and notify the parties of such date. If counsel files a brief before the date set for a hearing, the trial court need not hold a hearing.

PER CURIAM

Panel Consists of Justices Zimmerer, Spain and Hassan.